UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JUDY D. SANDERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:07-CV-1827-G (BH) |
| MICHAEL J. ASTRUE, Commissioner of ) | |
| Social Security Administration, ) | **ECF** |
| ) | |
| Defendant. ) | |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the findings, conclusions, and recommendation of the of the United States Magistrate Judge, I am of the opinion that the findings, conclusions, and recommendation of the magistrate judge are correct and are adopted as the findings and conclusions of the court.

It is therefore **ORDERED** that the findings, conclusions, and recommendation of the United States Magistrate Judge are **ADOPTED**. Accordingly, plaintiff's

motion for summary judgment, filed March 31, 2008, is **GRANTED**.

Commissioner's motion for summary judgment, filed May 29, 2008, is **DENIED**.

September 12, 2008.

*[signature: A. Joe Fish]*
**A. JOE FISH**
**Senior United States District Judge**